| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mark G. Rumpza |
| Debtor 2 (Spouse, if filing) | Rhonda D. Rumpza |
| United States Bankruptcy Court for the: District of Arizona (State) | |
| Case number | 14-12866 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 4 2

**Property address:** 26902 N 66th Lane
Number    Street

Phoenix    AZ    85083
City    State    ZIP Code

**Court claim no.** (if known): 14

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Mark G Rumpza | Case number (*if known*) | 14-12866 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.
◼ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Raymond Valderrama
Signature

Date  09 / 20 / 2019

Print: Raymond  Valderrama
First Name  Middle Name  Last Name

Title: AVP Bankruptcy

Company: BSI Financial Services

If different from the notice address listed on the proof of claim to which this response applies:

Address: 7505 Irvine Center Drive
Number  Street

Irvine  CA  92618
City  State  ZIP Code

Contact phone ( 949 ) 201 – 4287    Email _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the 20TH day of September, 2019. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Mark G. Rumpza
26902 N. 66th Lane
Phoenix, AZ 85083

DEBTOR
Rhonda D. Rumpza
26902 N. 66th Lane
Phoenix, AZ 85083

DEBTORS' ATTORNEY
Ellen K Lawson
Attoney At Law PLC
10632 N. Scottsdale Road., B334
Mesa, AZ85254

TRUSTEE
Edward J. Maney
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003

U.S. TRUSTEE
U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

CREDITOR ATTORNEY

| | | |
|---|---|---|
| **DIANE L. DRAIN**<br>LAW OFFICE OF D.L. DRAIN, P.A.<br>2375 E. CAMELBACK RD.<br>SUITE 600<br>PHOENIX, AZ 85016<br>602-246-7106<br>602-249-1969 (fax)<br>DDrain@DianeDrain.com<br>*Assigned: 07/22/2017* | representing | **Diane L. Drain**<br>2375 East Camelback<br>Suite 600<br>Phoenix, AZ 85016<br>602.264.7106<br>602.249.1969 (fax)<br>ddrain@dianedrain.com<br>*(Mediator)* |
| **Christopher J. Dylla**<br>Office of the Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-1592<br>602-542-8389<br>602-542-4273 (fax)<br>christopher.dylla@azag.gov<br>*Assigned: 10/07/2014* | representing | **CITIZENS BANK OF PENNSYLVANIA, ITS ASSIGNEES AND/OR SUCCESSORS, BY AND THROUGH ITS SERVICING AGENT OCWEN LOAN SERVICING, LLC**<br>c/o McCarthy & Holthus, LLP<br>McCARTHY HOLTHUS & LEVINE, P.C.<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>*(Creditor)* |
| **PHILIP J GILES**<br>SAN DIEGO, CA 92177-0933<br>giles.phil@gmail.com<br>*Assigned: 09/22/2014*<br>*TERMINATED: 01/13/2017*<br><br>*Assigned: 03/01/2016* | representing | **Black Hills Federal Credit Union**<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>Po Box 17933<br>San Diego, CA 92177-0933<br>*(Creditor)* |
| | representing | **Fay Servicing, LLC**<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92117 |

| | | |
|---|---|---|
| **LAKSHMI JAGANNATH**<br>McCarthy Holthus, LLP<br>8502 E. Via De Ventura, Suite 200<br>Scottsdale, AZ 85258<br>480302-4115<br>6029530101 (fax)<br>bknotice@mccarthyholthus.com<br>*Assigned: 06/30/2015*<br><br>*Assigned: 07/20/2015* | representing<br><br><br><br><br>representing | **CITIZENS BANK OF PENNSYLVANIA, ITS ASSIGNEES AND/OR SUCCESSORS, BY AND THROUGH ITS SERVICING AGENT OCWEN LOAN SERVICING, LLC**<br>c/o McCarthy & Holthus, LLP<br>McCARTHY HOLTHUS & LEVINE, P.C.<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>*(Creditor)*<br><br>**Citizens Bank of Pennsylvania, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC**<br>c/o McCarthy & Holthus, LLP<br>8502 E. Via De Ventura<br>Suite 200<br>Scottsdale, AZ 85258<br>*(Creditor)* |
| **MARK W. LISCHWE**<br>MARK W. LISCHWE, P.C.<br>1930 S ALMA SCHOOL RD #A115<br>MESA, AZ 85210<br>602-252-7552<br>602-391-2233 (fax)<br>m.lischwe@att.net<br>*Assigned: 08/19/2014* | representing | **MARK G RUMPZA**<br>26902 N 66TH LN<br>PHOENIX, AZ 85083<br>*(Debtor)*<br><br>**RHONDA D RUMPZA**<br>26902 N 66TH LN<br>PHOENIX, AZ 85083<br>*(Joint Debtor)* |

| | | |
|---|---|---|
| **LEONARD J. MCDONALD, JR.**<br>TIFFANY & BOSCO, P.A.<br>SEVENTH FLOOR<br>CAMELBACK ESPLANADE II<br>2525 E. CAMELBACK ROAD<br>PHOENIX, AZ 85016<br>(602) 255-6000<br>602-255-0103 (fax)<br>ecf@tblaw.com<br>*Assigned: 09/22/2014* | representing | **JPMORGAN CHASE BANK, N.A.**<br>*(Creditor)* |
| **LEONARD J. MCDONALD, JR.**<br>TIFFANY & BOSCO, P.A.<br>SEVENTH FLOOR<br>CAMELBACK ESPLANADE II<br>2525 E. CAMELBACK ROAD<br>PHOENIX, AZ 85016<br>602-255-6000<br>602-255-0192 (fax)<br>ljm@tblaw.com<br>*Assigned: 10/18/2016* | representing | **U.S. Bank National Association, as trustee for NRZ Pass-Through Trust V**<br>*(Creditor)* |
| **JOSEPHINE E SALMON**<br>ALDRIDGE PITE, LLP<br>4375 JUTLAND DRIVE<br>P.O. BOX 17933<br>SAN DIEGO, CA 92177-0933<br>858-750-7619<br>619-590-1385 (fax)<br>ecfazb@aldridgepite.com<br>*Assigned: 01/12/2017* | representing | **NRZ Pass-Through Trust V, U.S. Bank National Association not in its individual capacity but solely as passthrough trust trustee**<br>*(Creditor)* |
| *Assigned: 01/13/2017* | representing | **Black Hills Federal Credit Union**<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>Po Box 17933<br>San Diego, CA 92177-0933<br>*(Creditor)* |

/s/ Richard E. Anderson
RICHARD E. ANDERSON